FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-2192
_____

DAVID FLICK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Wade Mercer, Judge.

April 24, 2024

PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Flick, pro se, Appellant.

Ashley Moody, Attorney General, Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.